IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| MAMBAYE SAMB, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | CASE NO. 7:14-CV-129-HL-MSH |
| | : | 28 U.S.C. § 2241 |
| IMMIGRATION AND CUSTOMS ENFORCEMENT, | : | |
| | : | |
| Respondent. | : | |
| | : | |

## ORDER

On August 22, 2014, Petitioner filed the current federal habeas corpus petition pursuant to 28 U.S.C. § 2241. (ECF No. 1.) Plaintiff also filed a motion for leave to proceed *in forma pauperis* (IFP). (ECF No. 2.) Upon review of Plaintiff's motion and certified trust account statement, the Court hereby GRANTS the motion.

Therefore, a copy of the petition and a copy of this Order shall now be served on Respondent by the United States Marshal's Service. Respondent shall file an answer, motion, or other responsive pleading within sixty (60) days of the date of this Order. Petitioner is notified that a failure to keep the Court apprised of any change of address may result in a dismissal for failure to prosecute this action.

SO ORDERED, this 22nd day of August, 2014.

/s/ Stephen Hyles
UNITED STATES MAGISTRATE JUDGE